**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN JOEL HOPSON, | No. 1:24-cv-00474 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE |
| v. | |
| CHAVEZ, *et al.*, | |
| Defendants. | (Doc. 12) |

Ryan Joel Hopson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2025, the assigned magistrate judge issued a screening order granting Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within thirty (30) days. (Doc. 10.) Plaintiff was warned that failure to comply with the Court's order would result in a recommendation for dismissal of this action, with prejudice. (*Id.*) Plaintiff did not file an amended complaint or otherwise communicate with the court.

On January 5, 2026, the magistrate judge issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and for Plaintiff's failure to prosecute this action. (Doc. 12.) The Court served the findings and recommendations on the Plaintiff and informed him

1

that any objections were due in 14 days. (*Id.*) The Court also warned Plaintiff that failure to timely file objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, *citing Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff has not filed objections or otherwise communicated with the Court, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on January 5, 2026, (Doc. 12), are **ADOPTED IN FULL**.

2. This action is **DISMISSED**, with prejudice, due to plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 5, 2026**

UNITED STATES DISTRICT JUDGE

2